UNITED STATES of America,
Plaintiff-Appellee,

v.

Lavern Junior JACOBS, Defendant-
Appellant.

No. 17-6263

United States Court of Appeals,
Fourth Circuit.

Submitted: August 31, 2017

Decided: September 21, 2017

Lavern Junior Jacobs, Appellant Pro Se.
Keith Michael Cave, OFFICE OF THE
UNITED STATES ATTORNEY, Char-
lotte, North Carolina, for Appellee.

Before NIEMEYER and SHEDD,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Lavern Junior Jacobs seeks to appeal
the district court's order denying relief on
his 28 U.S.C. § 2255 (2012) motion. The
order is not appealable unless a circuit
justice or judge issues a certificate of ap-
pealability. 28 U.S.C. § 2253(c)(1)(B)
(2012). A certificate of appealability will
not issue absent "a substantial showing of
the denial of a constitutional right." 28
U.S.C. § 2253(c)(2) (2012). When the dis-
trict court denies relief on the merits, a
prisoner satisfies this standard by demon-
strating that reasonable jurists would find
that the district court's assessment of the
constitutional claims is debatable or
wrong. *Slack v. McDaniel*, 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *see Miller-El v. Cockrell*, 537 U.S.
322, 336-38, 123 S.Ct. 1029, 154 L.Ed.2d
931 (2003). When the district court denies
relief on procedural grounds, the prisoner
must demonstrate both that the dispositive
procedural ruling is debatable, and that
the motion states a debatable claim of the
denial of a constitutional right. *Slack*, 529
U.S. at 484-85, 120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Jacobs has not
made the requisite showing. Accordingly,
we deny a certificate of appealability and
dismiss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

*DISMISSED*